

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

ORDER

Appellate case name:        In the Matter of B.M

Appellate case number:      01-18-00898-CV

Trial court case number:    18-CVJ-021629

Trial court:                County Court at Law No. 2 of Fort Bend County

Because appellant challenges a juvenile-court order waiving the juvenile court's jurisdiction and ordering appellant transferred to criminal district court, this Court is required to bring the appeal to final disposition within 180 days of the date the notice of appeal was filed so far as reasonably possible. *See* Order Accelerating Juvenile Certification Appeals and Requiring Juvenile Courts to Give Notice of the Right to an Immediate Appeal, Misc. Docket 15-9156 (Tex. Aug. 28, 2015). The Texas Rules of Appellate Procedure applicable to accelerated appeals apply in these proceedings. *See id.* Accordingly, the reporter's record was due to be filed no later than October 15, 2018. *See* TEX. R. APP. P. 4.1, 35.1(b).

The court reporter has notified the Clerk of this Court that appellant had not requested a reporter's record or the trial court had not ordered that a record be prepared, and appellant had not paid, or made arrangements to pay, for preparation of a reporter's record, and was not appealing as an indigent. However, it appears that appellant is entitled to proceed without payment of costs. *See* TEX. FAM. CODE ANN. § 56.02 (Vernon 2014); TEX. R. CIV. P. 145.

**Accordingly, the court reporter is ORDERED to prepare and file a reporter's record in this appeal no later than November 15, 2018, at no cost to appellant. No extensions of time will be granted.**

It is so ORDERED.

Judge's signature: ___/s/ Terry Jennings___
                      ☒ Acting individually    ☐ Acting for the Court

Date: __November 6, 2018___